IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALBERT BROWN BLOOM                                              PLAINTIFF

v.                          NO. 4:19-cv-00928 PSH

ANDREW SAUL, Commissioner of                                    DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 22nd day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE